UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:14-mc-0054 KJM CKD |
| Plaintiff, | |
| v. | ORDER |
| APPROXIMATELY $8000.00 IN US CURRENCY, | |
| Defendant. | |

On June 17, 2014, the court granted the parties' stipulation for an extension of time until July 15, 2014 for the government to file a complaint in forfeiture or obtain an indictment alleging that the funds are subject to forfeiture. Plaintiff has not filed a complaint or otherwise notified the court it has obtained an indictment.

IT IS THEREFORE ORDERED that within fourteen days of the date of this order, the United States show cause why this action should not be dismissed for failure to prosecute.

DATED: December 17, 2014.

_____
UNITED STATES DISTRICT JUDGE

1